**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith  In Replying Give Number
Clerk  Of Case and Names of Parties

February 2, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JUNE 3, 2024, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #17.*

| Case No. | Case Name |
|---|---|
| 22-13992 | LeRoy Pernell, et al. v. Brian Lamb, et al. (Consolidated with 22-13994, Adriana Novoa, et al. v. Commissioner of the Florida State Board of Education, et al.) (REVISED ARGUMENT DATE) |
| 23-10197 | Creative Choice Homes XXX, LLC, et al. v. Amtax Holdings 690, LLC, et al. (Consolidated with 23-10198, Creative Choice Homes XXX, LLC v. MG Affordable Master, LLC, et al.) |
| 23-10992 | Family Health Centers of Southeast Florida, Inc. v. Secretary, Florida Agency for Health Care Administration |
| 23-10850 | Daniel Stermer v. Old Republic National Title Insurance Company, et al. |
| 22-10774 | Katia Gauthier v. Total Quality Logistics LLC |
| 22-12516 | Carlos Haynes v. City of Orlando, et al. |
| 23-10412 | United States v. Felix Santoyo, et al. |
| 22-10709 | United States v. Jordan Pulido, et al. |
| 23-10478 | United States v. Joseph Deleon |
| 22-13292 | United States v. Sherley Beaufils |
| 22-13597 | United States v. Jamel Muldrew |
| 22-14254 | United States v. Yeison Arias |
| 23-11458 | Charbel Consul v. Progressive American Insurance Company |
| 22-13879 | Matilde Santana v. Telemundo Network Group, LLC, et al. |
| 22-12117 | Sarah Ritchie v. United States |
| 23-10181 | Jose Rosado v. Secretary, U.S. Department of the Navy |